United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ATTORNEY RECOVERY SYSTEMS, INC., | ) | Case No. 5:14-cv-05570-PSG |
| Plaintiff, | ) ) | **CASE SCHEDULING ORDER** |
| v. | ) ) | **(Re: Docket No. 18)** |
| SPECTRACAL, INC., et al., | ) ) | |
| Defendants. | ) ) | |

Based on the parties' case management statements[1] and this week's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days from this order.

IT IS FURTHER ORDERED that the parties participate in mediation. The parties shall contact the ADR Unit within 7 days to make the necessary arrangements.

---

[1] *See* Docket Nos. 16, 17.

1

Case Nos. 5:14-cv-05570-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Discovery Cut-Off | August 10, 2015 |
| Dispositive Motions Hearing | November 10, 2015 at 10:00 AM |
| Pre-Trial Conference | December 15, 2015 at 10:00 AM |
| Jury Trial | December 28, 2015 at 9:30 AM |

**SO ORDERED.**

Dated: February 11, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge